Robert F. Tyson, Jr. Esq. (Bar No. 147177)
rtyson@tysonmendes.com
Kristi Blackwell, Esq. (Bar No. 253967)
kblackwell@tysonmendes.com
Christopher H. Schon, Esq. (Bar No. 291498)
cschon@tysonmendes.com
TYSON & MENDES, LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 459-4400

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH L. POTTROFF, an individual, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
| v. | |
| COSTCO WHOLESALE CORPORATION and DOES 1 to 100, inclusive, | **(DEMAND FOR JURY TRIAL)** |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

**Complete Diversity Exists**

1.     Plaintiff Judith L. Pottroff ("plaintiff") is a citizen of the state of California.

/ / /

2. Defendant was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a Washington corporation with its headquarters and principal place of business in Washington.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**Amount in Controversy Exceeds $75,000**

4. Plaintiff's lawsuit asserts causes of action against Defendant for general negligence and premises liability. (*See* Complaint in case no. CIVDS 2000997, Superior Court of California, County of San Bernardino, attached as Exhibit 1.)

5. In brief, plaintiff alleges on July 14, 2018, she sustained injuries when her foot stepped through a plank of a pallet located on the floor of Defendant's store in the City of San Bernardino, County of San Bernardino, State of California. Plaintiff alleges Defendant was negligent in failing to assist her in retrieving merchandise from the store floor, which caused plaintiff to suffer injury. (*See* Complaint in case no. CIVDS 2000997, Superior Court of California, County of San Bernardino at, Page 4, First Cause of Action – Premises Liability, and at Page 5, Second Cause of Action- General Negligence, attached as Exhibit 1.)

6. Plaintiff alleges she has suffered hospital and medical expenses, loss of earnings, and general damages. (*See* Complaint in case no. CIVDS 2000997, Superior Court of California, County of San Bernardino at, Page 3, attached as Exhibit 1.)

7. Where, as here, the Complaint does not state a demand for a specific sum because it is a personal injury case (per California Code of Civil Procedure §425.10(b)), a removing defendant can meet its burden of showing the amount in controversy is satisfied by showing the "facially apparent" allegations in the

complaint demonstrate the amount in controversy. Schwarzer, Tashima & Wagstaffe, Cal. Prac. Guide: Fed. Civ. Pro. Before Trial (Rutter Group 2014) §2:2396, citing Luckett v. Delta Airlines, 171 F.3d 295, 298 (5th Cir. 1999) ["facially apparent" from complaint amount satisfied due to allegations of proper damage, travel expenses, pain and suffering, etc.]; White v. FCI USA, Inc., 319 F.3d 672, 674 (5th Cir. 2003) ["facially apparent" from wrongful termination allegations showing "lengthy list of compensatory and punitive damages."]

8. Given plaintiff's allegations regarding the severity of her injuries and extensive economic and non-economic damages, it is "facially apparent" from the allegations of the Complaint that the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

9. In addition, plaintiff's settlement demand letter confirms the amount in controversy in this action exceeds the $75,000 jurisdictional threshold. (*See* Settlement Demand letter dated September 16, 2020, attached as Exhibit 2.) Overall, plaintiff alleges as a result of the subject incident, she sustained injuries to her neck, shoulders, arms, back, hips, and legs with radiating symptoms to her fingers and toes. (*Ibid.*) She has received bilateral medial branch block injections and cervical ablations. (*Ibid.*) Plaintiff alleges $180,204.93 in past medical specials and future medical specials of more than $250,000. (*Ibid.*) Overall, plaintiff demands $495,000.00 to resolve this matter.

10. In plaintiff's responses to form interrogatories 6.4, plaintiff indicated she has medical charges to date in excess of $176,387.28. (See Exhibit 3, pg. 4.)

**Notice of Removal Is Timely**

11. On June 9, 2020, plaintiff filed this action in the Superior Court of the State of California, County of San Bernardino, as case no. 2000997. (*See* Complaint, attached hereto as Exhibit 1.)

12. On June 12, 2020, plaintiff served the Summons and Complaint on Defendant through its registered agent, C T Corporation System.

13. On July 10, 2020, Defendant answered Plaintiff's complaint in the Superior Court of the State of California, County of San Bernardino.

14. On September 21, 2020, Defendant received plaintiff's settlement demand, putting Defendant on notice the amount in controversy greatly exceeds $75,000. This Notice of Removal, therefore, has been timely filed.

**Other Requirements for Removal Are Met**

15. Removal to this Court is proper as the Superior Court of the State of California, County of San Bernardino, where the action was originally filed, is located in this district.

16. A copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit 4.

17. Counsel for Defendant certifies it will file a copy of the Notice of Removal with the clerk of the Superior Court of the State of California, County of San Bernardino, and give notice of same to counsel for plaintiff.

18. Separate and apart from removal requirements, counsel for Defendants demands a jury trial.

Dated: October 11, 2020       TYSON & MENDES LLP

By:    */s/ Kristi Blackwell*
ROBERT F. TYSON
KRISTI BLACKWELL
CHRISTOPHER H. SCHON
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION