**EXHIBIT 1**



**Service of Process Transmittal**
06/12/2020
CT Log Number 537784384

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in California** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Judith L. Potiroff, Pltf. vs. Costco Wholesale Corp., Dft.<br>*Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # CIVDS2000997 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/12/2020 at 14:29 |
| JURISDICTION SERVED : | California |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 06/12/2020, Expected Purge Date: 06/27/2020<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| For Questions: | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Costco Wholesale Corp. and Does 1 to 30

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Judith L. Pottroff

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 13 2020

BY _Alma Vallejo Garcia_
ALMA VALLEJO GARCIA, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California for the
County of San Bernardino
247 West Third Street, San Bernardino, CA 92415

**CASE NUMBER:**
*(Número del Caso):*
CIVDS 2000997

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David W. Allor, Esq., SBN 152576, 6080 Center Drive, Ste 600, Los Angeles, CA 90045; (310) 342-8270

BY FAX

| DATE: January 8, 2020 (Fecha) | JAN 13 2020 | Clerk, by (Secretario) _Alma Vallejo Garcia_ | , Deputy (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, *(POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]
COPY

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Costco Wholesale Corp.

   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| David W. Allor, Esq. SBN 152576<br>Law Office of David W. Allor<br>6080 Center Drive, Suite 600<br>Los Angeles, CA 90045<br>TELEPHONE NO. (310) 342-8270     FAX NO. *(Optional)*: (310) 342-8271<br>E-MAIL ADDRESS *(Optional)*: David@AllorLaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff Judith L. Pottroff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
 STREET ADDRESS: 247 West Third Street
 MAILING ADDRESS:
 CITY AND ZIP CODE: San Bernardino, CA 92415
 BRANCH NAME: San Bernardino District

PLAINTIFF: Judith L. Pottroff

DEFENDANT: Costco Wholesale Corp.

[✓] DOES 1 TO  1     30

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 1 3 2020

BY Alma Vallejo Garcia
ALMA VALLEJO GARCIA, DEPUTY

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [✓] OTHER *(specify)*: Premises Liability
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
 Amount demanded  [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
CIV DS 2 0 0 0 9 9 7

1. Plaintiff *(name or names)*: Judith L. Pottroff
 alleges causes of action against defendant *(name or names)*:
 Costco Wholesale Corp. and Does 1 to 30

2. This pleading, including attachments and exhibits, consists of the following number of pages:

BY FAX

3. Each plaintiff named above is a competent adult
 a. [ ] except plaintiff *(name)*:
  (1) [ ] a corporation qualified to do business in California
  (2) [ ] an unincorporated entity *(describe)*:
  (3) [ ] a public entity *(describe)*:
  (4) [ ] a minor  [ ] an adult
   (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   (b) [ ] other *(specify)*:
  (5) [ ] other *(specify)*:
 b. [ ] except plaintiff *(name)*:
  (1) [ ] a corporation qualified to do business in California
  (2) [ ] an unincorporated entity *(describe)*:
  (3) [ ] a public entity *(describe)*:
  (4) [ ] a minor  [ ] an adult
   (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   (b) [ ] other *(specify)*:
  (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Pottroff v. Costco Wholesale Corp. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Costco Wholesale Cor
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 15 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 16 to 30 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Pottroff v. Costco Wholesale Corp. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: January 8, 2020

David W. Allor, Esq.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property Damage, Wrongful Death    Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: Pottroff v. Costco Wholesale Corp. | CASE NUMBER: |
|---|---|

First **CAUSE OF ACTION—Premises Liability** Page 4
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Judith L. Pottroff
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* January 14, 2018     plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

On the above date, plaintiff was an invitee on the premises owned and operated by defendants, and each of them, located at Costco Wholesale Corp., 1099 E. Hospitality Lane, San Bernardino, CA 92408. While retrieving merchandise from the store for purchase, plaintiff's foot stepped through a plank of a pallet located on the premises floor. As a direct and proximate result of the unreasonably dangerous condition of the pallet, plaintiff suffered harm to her person.

Prem.L-2. [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Costco Wholesale Corp.

[✓] Does 1 to 30

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does _____ to _____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Pottroff v. Costco Wholesale Corp. | CASE NUMBER: |
|---|---|

Second _(number)_  **CAUSE OF ACTION—General Negligence**  Page  5

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_ Judith L. Pottroff

alleges that defendant _(name):_ Costco Wholesale Corp.

[✓] Does 1 to 30

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date):_ January 14, 2018
at _(place):_ 1099 E. Hospitality Lane, San Bernardino, CA 92408

_(description of reasons for liability):_

On the above date, plaintiff was an invitee on the premises owned and operated by defendants, and each of them, located at Costco Wholesale Corp., 1099 E. Hospitality Lane, San Bernardino, CA 92408. Defendant's and each of them, owe a duty of care to Plaintiff and all customers to use reasonable care to protect their safety while on the premises. This would include assisting them in retrieving merchandise from the store floor in order to prevent foreseeable harm. Defendants and each of them breached this duty of care by refusing to assist Plaintiff and putting her in harm's way. Plaintiff and her husband asked for assistance from two Sales Associates on the merchandise floor, both declined and stated that she would have to load the merchandise onto a cart herself and then pay for the items before assistance could be offered. Plaintiff asked again and the Sales Associates repeated their original answer. While retrieving merchandise from the store for purchase, plaintiff's foot stepped through a plank of a pallet located on the premises floor. As a direct and proximate result of the unreasonably dangerous condition of the pallet, plaintiff suffered harm to her person.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
------------------------------------------------------------------
------------------------------------------------------------------
                                    CASE NO: CIVDS2000997
   LAW OFFICE OF DAVID W ALLOR
   6080 CENTER DR
   SUITE 600
   LOS ANGELES CA 90045
                            NOTICE OF TRIAL SETTING CONFERENCE


IN RE: JUDITH L. POTTROFF -V- COSTCO WHOLESALE

THIS CASE HAS BEEN ASSIGNED TO: JOHN M TOMBERLIN IN DEPARTMENT S33
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

           HEARING DATE: 07/13/20 at  8:30 in Dept. S33


DATE: 01/13/20  Nancy Eberhardt, Court Executive Officer
                                         By: ALMA VALLEJO GARCIA
------------------------------------------------------------------
------------------------------------------------------------------
                       CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(✓) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 01/13/20
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 01/13/20 at San Bernardino, CA

                                   BY: ALMA VALLEJO GARCIA